**No. 56654.**—M. Aronin & Sons et al. *v.* United States, protests 53594–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.